UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Quarmaine Devonta Daniels             Docket No. 5:21-CR-228-1BO

### Petition for Action on Supervised Release

COMES NOW Stephen W. Larson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quarmaine Devonta Daniels, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 12, 2021, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Quarmaine Devonta Daniels was released from custody on August 8, 2023, at which time the term of supervised release commenced.

On August 21, 2023, a Petition for Action was submitted to the court advising that during an office visit on August 15, 2023, the defendant tested positive for marijuana, cocaine, and methamphetamine via instant urine screen. The defendant admitted to using marijuana prior to supervision commencing but denied using cocaine and methamphetamine; however, Daniels admitted the validity of the test. The defendant was verbally reprimanded and counseled about his actions. Daniels agreed to attend substance abuse treatment as instructed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision, and the court agreed.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 29, 2024, the defendant was charged with Misdemeanor Simple Possession of Schedule IV Controlled Substance by the Wilson Police Department in Wilson, North Carolina (24CR376). According to Daniels, he intends to plead not guilty. The undersigned probation officer respectfully requests this matter be held in abeyance pending adjudication. On January 30, 2024, during a home contact, Daniels tested positive for marijuana, cocaine, methamphetamines, amphetamines, and benzodiazepines via instant urine screen. Daniels admitted to using these substances and signed an admission of use form. The defendant was verbally reprimanded and counseled about his actions. Daniels was instructed to continue his substance abuse treatment at Waynesboro Family Clinic. As a sanction for this drug use, Daniels has agreed to complete 60 days of curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Quarmaine Devonta Daniels
Docket No. 5:21-CR-228-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Stephen W. Larson
Stephen W. Larson
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2343
Executed On: January 30, 2024

## ORDER OF THE COURT

Considered and ordered this 30 day of January, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge