UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quarmaine Devonta Daniels**             **Docket No. 5:21-CR-228-1BO**

**Petition for Action on Supervised Release**

COMES NOW Stephen W. Larson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quarmaine Devonta Daniels, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 12, 2021, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Quarmaine Devonta Daniels was released from custody on August 8, 2023, at which time the term of supervised release commenced.

On August 21, 2023, a Petition for Action was submitted to the court advising that during an office visit on August 15, 2023, the defendant tested positive for marijuana, cocaine, and methamphetamine via instant urine screen. The defendant admitted to using marijuana prior to supervision commencing but denied using cocaine and methamphetamine; however, Daniels admitted the validity of the test. The defendant was verbally reprimanded and counseled about his actions. Daniels agreed to attend substance abuse treatment as instructed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision, and the court agreed.

On January 30, 2024, a Petition for Action was submitted to the court advising that on January 29, 2024, the defendant was charged with Misdemeanor Simple Possession of Schedule IV Controlled Substance by the Wilson Police Department in Wilson, North Carolina (24CR376). According to Daniels, he intends to plead not guilty. This matter was held in abeyance pending adjudication in state court. On January 30, 2024, during a home contact, Daniels tested positive for marijuana, cocaine, methamphetamine, amphetamine, and benzodiazepine via instant urine screen. Daniels admitted to using these substances and signed an admission of use form. The defendant was verbally reprimanded and counseled about his actions. Daniels was instructed to continue his substance abuse treatment at Waynesboro Family Clinic. As a sanction for this drug use, Daniels agreed to complete 60 days of curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision, the court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 6, 2024, the defendant tested positive for marijuana and cocaine via an instant urine screen. Daniels admitted to using marijuana but denied using cocaine. Daniels did not deny the validity of the test and acknowledged that cocaine could have been present in the marijuana. He signed an admission of use form. As a sanction, the probation office is recommending that curfew with electronic monitoring be extended for an additional 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Quarmaine Devonta Daniels
Docket No. 5:21-CR-228-1BO
Petition For Action
Page 2

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed an additional 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stephen W. Larson
Stephen W. Larson
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2343
Executed On: March 11, 2024

### ORDER OF THE COURT

Considered and ordered this 11 day of March, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge